In the Matter of Mary M. Gray, an Alleged Incompetent.— Motion for stay pending appeal denied, without costs. Present — Burr, Carr, Rich, Stapleton and Putnam, JJ.